# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-_00479-HZ_____ |
| **v.** | **INFORMATION** |
| **ESSENCE MAYALA SYLVESTER and ALEXIS RICHTER** | **41 C.F.R. § 102.74.385**<br>**41 C.F.R. § 102.74.390** |
| Defendants. | |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (Failing to Obey a Lawful Order)
### (41 C.F.R. § 102.74.385)

On or about October 7, 2020, in the District of Oregon, defendants **ESSENCE MAYALA SYLVESTER and ALEXIS RICHTER** did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement building, and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40 United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

### COUNT 2
### (Disorderly Conduct on Federal Property)
### (41 C.F.R. § 102.74.390)

On or about October 7, 2020, in the District of Oregon, defendants **ESSENCE MAYALA SYLVESTER and ALEXIS RICHTER** did willfully enter in and on federal

**Misdemeanor Information**                                                                                   **Page 1**

property, to wit: the grounds of the Immigration and Customs Enforcement building and did

exhibit conduct on the property that was disorderly and that unreasonably obstructed the usual

use of entrances and parking lots, and impeded and disrupted Government employees from the

performance of their official duties;

In violation of Title 40 United States Code, Section 1315 and 41 Code of Federal

Regulations, Section 102-74.390, a class C misdemeanor.

Dated: October 7, 2020                           Respectfully submitted,

                                                 BILLY J. WILLIAMS
                                                 United States Attorney

                                                  _/s Natalie K. Wight_____
                                                 NATALIE K. WIGHT, OSB No. 035576
                                                 Assistant United States Attorney

**Misdemeanor Information**                                                      **Page 2**